

# THE THIRTEENTH COURT OF APPEALS

---

## 13-24-00252-CR

---

Marc Edwin Brooks
v.
The State of Texas

---

On Appeal from the
Criminal District Court No. 1 of Tarrant County, Texas
Trial Court Cause No. 1700572

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

December 11, 2025